<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

</div>

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

October 15, 2002

Philip B. Zipin, Esquire
Zipin, Melehy & Driscoll
8630 Fenton Street
Suite 110
Silver Spring, MD 20910

    Re:    <u>Billy-Jo Hebb v. Mechanical & Electrical Contractors, Inc.</u>
            <u>Civil No. CCB-02-2700</u>

Dear Mr. Zipin:

    As you know, the Clerk has entered default in this case. You may have until **November 15, 2002**, to submit a motion for default judgment accompanied by appropriate affidavit(s) to determine damages.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

<div style="margin-left:50%">
Sincerely yours,

Catherine C. Blake
United States District Judge
</div>

cc: Albert E. Rodd, Jr., Esquire