IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BILLY-JO HEBB | : |
| Plaintiff, | : |
| v. | : CA No. CCB-02-CV2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | : |
| Defendant | : |

## JUDGMENT BY DEFAULT

The Court considering Plaintiff's Motion for Default Judgment, any Opposition thereto, and any argument of counsel, and the Court finding the Motion to be meritorious, it is hereby this 18 day of November, 2002

ORDERED, that the Motion be and the same hereby is GRANTED. And it is further

ORDERED, that a judgment shall be entered against Defendant Mechanical & Electrical Contractors, Inc. and in favor of Plaintiff Billy-jo Hebb for unpaid wages in the amount of $11,406.11. And it further appearing to the Court that there was no bona fide dispute regarding such payment, it is further

ORDERED, that judgment be entered against Defendant Mechanical & Electrical Contractors, Inc. and in favor of Plaintiff Billy-jo Hebb for liquidated damages under the Maryland Wage Payment and Collection Law in the amount of $34,218.33. And it is further

ORDERED, that Plaintiff's counsel may submit a fee petition within twenty (20) days of the date of this Order.

_____
Judge, United States District Court
Catherine C. Blake

Copies:

Philip B. Zipin
Zipin, Melehy & Driscoll LLC
8630 Fenton Street
Suite 110
Silver Spring, MD 20910

Albert E. Rodd, Jr.
11403 Cronehill Drive
Suite G
Owings Mills, MD 21117