IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN -3 P 12: 46

CLERK'S OFFICE
AT BALTIMORE

Y._____DEPUTY

| | |
|---|---|
| BILLY-JO HEBB | : |
| v. | : CIVIL NO. CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | : |

...oOo...

## ORDER

Having considered the Petition for Award of Attorney's Fees, which is not opposed, and finding the petition properly supported by affidavit and billing records, and the rates and hours being reasonable, it is hereby **ORDERED** that:

1. the Petition is **Granted**;

2. the plaintiff, Billy-Jo Hebb, is awarded attorney's fees in the amount of **$10,346.00** and costs and expenses in the amount of **$356.05**, for a total of **$10,702.05** against the defendant, Mechanical & Electrical Contractors, Inc.; and

3. the Clerk shall send a copy of this Order to Philip B. Zipin, Esquire and Albert E. Rodd, Jr.

1/3/03
Date

Catherine C. Blake
United States District Judge