## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4953** |

April 1, 2003


Philip B. Zipin, Esq.
Zipin, Melehy & Driscoll LLC
Suite 610
8403 Colesville Road
Silver Spring, MD 20910

Russell H. Gardner, Esq.
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

    Re:  Billy-Jo Hebb v. Mechanical Electrical Contractors, Inc.,
           Civil No. CCB-02-2700

Dear Counsel:

    Please be advised that I will hold a supplemental settlement conference in the above case on Tuesday, April 15, 2003, at 2:00 p.m. Plaintiff and the owners of Mechanical Electrical Contractors, Inc. should be present at the conference.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge

cc:  Honorable Catherine C. Blake