## ZIPIN MELEHY & DRISCOLL LLC
### ATTORNEYS AT LAW

PHILIP B. ZIPIN*
OMAR VINCENT MELEHY*
SUVITA MELEHY*
TIMOTHY J. DRISCOLL*

ELIZABETH J. PINER†

8403 COLESVILLE ROAD
SUITE 610
SILVER SPRING, MARYLAND 20910

TELEPHONE (301) 587-6364
FACSIMILE (301) 587-6308

*ALSO LICENSED IN WASHINGTON D.C.
†ALSO LICENSED IN VIRGINIA

May 20, 2003

VIA FACSIMILE (410) 580-3001
AND FIRST CLASS MAIL

Russell Gardner, Esquire
Jonathan S. Nash, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Re: Billy-Jo Hebb v. Mechanical Eletrical Contractors, Inc.
Civil Action No.: CCB-02-2700

Dear Mr. Gardner and Mr. Nash:

As of today, May 20, 2003 our office has not received payment in the amount of Four Thousand Dollars ($4,000.00) from your client, which was due and owing on May 15, 2003. If payment is not received by Friday, May 23, 2003, you will leave me with no alternative but to seek assistance from the Court to enforce my client's rights.

Thank you for your prompt attention to this matter.

Very truly yours,

Philip B. Zipin

cc: Client

Z:\Firm\Data\Hebb_B\02-489\Corr\Gardner.5.20.03.doc