IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BILLY-JO HEBB | : | |
| | : | |
| v. | : | CIVIL NO. CCB-02-2700 |
| | : | |
| MECHANICAL & ELECTRICAL | : | |
| CONTRACTORS, INC. | : | |

...o0o...

## **ORDER**

Having reviewed the Plaintiff's Motion to Reopen Action or to Reinstate Default Judgment (docket no. 24), and there being no opposition from the defendant, and for good cause shown under Fed.R.Civ.P. 60(b), it is hereby **ORDERED** that:

1. the case is **Reopened**;

2. the motion in the alternative is **Granted**;

3. the Judgment by Default issued by this court on November 18, 2002 (docket no. 10) and the Order awarding attorney's fees (docket no. 12) are hereby **Reinstated**;

4. the defendant, Mechanical & Electrical Contractors, Inc. shall pay the plaintiff, Billy-Jo Hebb, the sum of **$34,218.33** in damages and **$10,702.05** in attorney's fees and costs;

5. the plaintiff's counsel may submit a petition for additional attorney's fees within 20 days of the date of this Order;

6. the Clerk shall send copies of this Order to counsel of record and to the defendant; and

7. the Clerk shall **Close** this case.

\_\_July 3, 2003_____          _____/s/_____

Date                                                      Catherine C. Blake
                                                                              United States District Judge