IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFF'S MOTION TO EXTEND DEADLINE
### FOR FILING FEE PETITION

Plaintiff Billy-Jo Hebb, by and through one of his attorneys, Neil R. Lebowitz, hereby moves this Court to extend the deadline for filing his attorney's fees petition, and, in support thereof, states as follows:

1. On July 3, 2003, the Court entered an Order in which it permitted Plaintiff to "submit a petition for additional attorney's fees within 20 days."

2. Plaintiff's lead attorney, Philip B. Zipin, is currently out of the country, and will not be back in the office until Monday, July 28, 2003.

3. Accordingly, Plaintiff seeks a one-week extension of the July 23, 2003 deadline for him to file his petition for additional attorney's fees.

4. Counsel for Defendant advises that he has been unable to contact his client but has no objection to the relief sought herein by Plaintiff.

2

WHEREFORE, Plaintiff Billy-Jo Hebb hereby respectfully requests that this Honorable Court:

A. Enter an Order extending the deadline to file his petition for additional attorney's fees from July 23, 2003 until July 30, 2003;

B. And for all other and further relief that the nature of this cause may require.

Respectfully submitted,

_____
Neil R. Lebowitz, Bar No.: 25155
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-6364
Counsel for Plaintiff