IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFF'S SECOND PETITION FOR THE AWARD OF ATTORNEY'S FEES

Plaintiff Billy-Jo Hebb, by and through his attorneys, Philip B. Zipin and Neil R. Lebowitz, hereby petitions this Honorable Court for an award of the attorney's fees and costs incurred by him since the entry of the Court's January 3, 2003 Order, which previously awarded him fees and costs in the amount of $10,702.05, and, in support thereof, states as follows:

1.  On January 3, 2003, following its entry of a default judgment in favor of Plaintiff in the above-captioned case, this Court entertained and granted Plaintiff's first "Petition for Award of Attorney's Fees." At that time, the Court awarded Plaintiff a total of $10,702.05 in fees and costs.

2.  Thereafter, despite having already obtained judgment by default, Plaintiff negotiated in good faith with Defendant to forgo its judgment and settle the case for a

reduced amount. As part of these negotiations, Plaintiff participated in two full-day settlement conferences with Magistrate Judge Gauvey.

3. At the conclusion of the second conference, on April 15, 2003, the parties reached a settlement agreement with respect to both damages and attorney's fees, thereby rendering the Court's January 3, 2003 award of fees and costs moot. The case was then dismissed by the Court pursuant to Local Rule 111.

4. On May 29, 2003, after Defendant failed and refused to make its first scheduled payment to Plaintiff under the parties' settlement agreement, Plaintiff filed a "Motion to Reopen Action and Enforce Settlement Agreement, or, in the Alternative, to Strike Settlement Agreement and Reinstate Default Judgment." The Motion was never opposed by Defendant.

5. On July 3, 2003, the Court granted Plaintiff's Motion and reinstated the default judgment award of $34,218.33 as well as the attorney's fees and costs award of $10,702.05. Significantly, the Court further ordered that "plaintiff's counsel may submit a petition for additional attorney's fees."

6. In accordance with the Court's Order, Plaintiff hereby petitions this Honorable Court for an award of all attorney's fees and costs that he has incurred in this action since the entry of the Court's previous fees and costs award on January 3, 2003. Said fees and costs were incurred as a direct result of Plaintiff continuing in his efforts to recover unpaid wages pursuant to the federal Fair Labor Standards Act, the Maryland Wage & Hour Law, and the Maryland Wage Payment & Collection Law, all of which include fee shifting provisions.

7. Moreover, said fees and costs were generated as a result of Plaintiff's good faith participation in settlement negotiations with Defendant, who, in bad faith, clearly never intended to fulfill any of the promises it made in the parties' settlement agreement. *See generally* Pl.'s Motion to Reopen Case.

8. In further support of the forgoing Motion, Plaintiff refers this Honorable Court to the Affidavit of Philip B. Zipin, Esquire, and the attachments thereto. As set forth in said Affidavit and attachments, the attorney's fees incurred by Plaintiff since January 3, 2003 are $12,667.50. In addition, since January 3, 2003, Plaintiff has incurred an additional $185.94 in expenses and costs.

WHEREFORE, Plaintiff Billy-Jo Hebb respectfully requests that this Honorable Court:

A. Award him reasonable attorney's fees in the amount of $12,667.50 and expenses and costs in the amount of $185.94;

B. And for all other and further relief that the nature of this cause may require.

Respectfully submitted,

_____
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-6364
Counsel for Plaintiff