IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF PHILIP B. ZIPIN, ESQUIRE**

I, PHILIP B. ZIPIN, a resident of the State of Maryland, being first duly sworn and under penalty of perjury, do hereby state as follows:

1. I am over the age of eighteen (18) years, and am admitted to practice law in the State of Maryland and the District of Columbia. I am counsel for Plaintiff in the above-referenced case.

2. I have been practicing law since September 1982, after graduating, with honors, from the George Washington University National Law Center. I am a partner with the law firm of Zipin Melehy & Driscoll LLC in Silver Spring, Maryland. My area of practice is limited primarily to employment law, focused on wage & hour and overtime disputes. My customary hourly rate is $275.00 per hour.

3. I have represented approximately fifty (50) to seventy-five (75) people in wage disputes over the past three (3) years. Most of these cases have been filed in the

U.S. District Court for the District of Maryland, and I have been successful in the overwhelming majority of these matters. I have represented Plaintiff Billy-Jo Hebb in this action since approximately August of 2002.

4. Attached hereto as Exhibit A are the attorney's fees and disbursement records which I have maintained contemporaneously in this case. As the records reveal, this case required legal and factual investigation into the nature of the Defendant's contract with the Maryland State government as well as the acquisition, review, and analysis of Plaintiff's time records from his employment with Defendant, including records obtained from the Maryland Department of Labor, Licensing, and Regulation, in order to accurately determine Plaintiff's damages. Additionally, the records reflect the enormous effort on our part to reach a settlement agreement in this case, only to be left without a recovery when Defendant knowingly and fraudulently reneged upon his commitment to compensate both Plaintiff and my law firm.

5. The professionals whose time is included on the invoices since January 3, 2003 are Philip B. Zipin, Esquire (21 years of practice), who is billed at the rate of $275.00 per hour; Julie Glass Martin, Esquire (9 years), who is billed at $225.00 per hour; and Neil R. Lebowitz, Esquire (6 years), who is billed at $225.00 per hour.

6. The total dollar amount incurred for professional legal services rendered in this case since January 3, 2003 is $12,667.50. The total amount for expenses and disbursements since January 3, 2003 is $185.94.


Further, this affiant saith not.

_____
Philip B. Zipin

Taken, sworn to, and subscribed before me this __30th__ day of July, 2003.

_____
Notary Public

My commission expires: _____

KARA MELISSA SAUNDERS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires March 1, 2006

3