*Zipin, Melehy & Driscoll LLC*

## All Time for Selected File:

### Hebb, Billy-Jo - Employment

Client ID: HEB1
Matter ID: 02-489

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Mon Aug 5, 2002 | Angelo Spenillo | | 1.00 |
| | 1 | Billable Work: Evaluate timesheets and create spreadsheet w/ time info | |
| Tue Aug 6, 2002 | Philip Zipin | | 0.60 |
| | 6 | Internal Communication Re Fact Investigation and to consider class action status | |
| Tue Aug 6, 2002 | Angelo Spenillo | | 0.60 |
| | 1 | Billable Work: Continue work on spreadsheets | |
| Wed Aug 7, 2002 | Angelo Spenillo | | 1.90 |
| | 1 | Billable Work: Continue work on spreadsheet | |
| Fri Aug 9, 2002 | Philip Zipin | Review and Analysis | 1.50 |
| | 6 | Review and Analysis of spreadsheet regarding wages owed; conf w/law clerk re same; prepare Complaint | |
| Fri Aug 9, 2002 | Angelo Spenillo | | 1.70 |
| | 1 | Billable Work: Make final revisions to spreadsheet | |
| Mon Aug 12, 2002 | Philip Zipin | | 2.10 |
| | 6 | Document Preparation: Complaint; review file re same; review Maryland law re payment of wages and wage scale for employees on State contracts; t/conf w/State Department of Assessment & Taxation re Resident Agent information; conf w/law clerk re same | |
| Mon Aug 12, 2002 | Angelo Spenillo | Research of the Law | 1.10 |
| | 1 | Research of the Law: Can there be a private suit in cases like this one under Maryland's Wage and Hour laws? | |
| Tue Aug 13, 2002 | Philip Zipin | Review and Analysis | 0.60 |
| | 6 | Review and Analysis of Maryland prevai[ling wage] and edit letter to DLLR re contract infor[mation]; contract; review Complaint | |

EXHIBIT A

*All Time for File*                                                      *Hebb, Billy-Jo - Employment*

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Tue Aug 13, 2002 | Angelo Spenillo<br>1 | Draft,Revise Pleadings<br>Research of the Law: Find Maryland's equivalent to the Freedom of Information Act (Public Information Act); Correspondence: Draft FOIA request to the Maryland Department of Labor, Licensing and Regulation; Draft,Revise Pleadings: Revise and format Complaint; Prepare exhibits for Complaint | 3.90 |
| Wed Aug 14, 2002 | Philip Zipin<br>6 | Telephone Conversation with C<br>Telephone Conversation with Client | 0.20 |
| Wed Aug 14, 2002 | Angelo Spenillo<br>1 | Draft,Revise Pleadings<br>Draft,Revise Pleadings: Finalize Complaint; File in the U.S. District Court for Maryland | 2.20 |
| Fri Aug 16, 2002 | Philip Zipin<br>6 | Telephone Conversation with C<br>Telephone Conversation with Client; conf w/associate re preparation of discovery requests | 0.50 |
| Fri Aug 16, 2002 | Elizabeth Piner<br>2 | Internal Communication Re Doc<br>Internal Communication Re Document Discovery; meeting with Phil Zipin to discuss drafting discovery. | 0.20 |
| Tue Aug 20, 2002 | Philip Zipin<br>6 | Review and Analysis<br>Review and Analysis of Complaint, Summons and other documents rec'd from Court; conf w/law clerk re service of same; conf w/associate re preparation of discovery requests | 0.50 |
| Tue Aug 20, 2002 | Elizabeth Piner<br>2 | Draft, Revise Written Discovery<br>Draft,Revise Written Discovery; Plaintiff's First Set of Interrogatories. | 1.50 |
| Tue Aug 20, 2002 | Elizabeth Piner<br>2 | Draft, Revise Document Discov<br>Draft,Revise Document Discovery; Plaintiff's First Request for Production of Documents. | 1.60 |
| Tue Aug 20, 2002 | Angelo Spenillo<br>1 | Legal,Research Re Pleadings: Can we serve registered agent via certified mail? | 0.40 |
| Wed Aug 21, 2002 | Philip Zipin<br>6 | Draft, Revise Pleadings: review, edit and revise initial discovery requests | 0.80 |
| Wed Aug 21, 2002 | Elizabeth Piner<br>2 | Draft, Revise Written Discovery<br>Draft,Revise Written Discovery; Plaintiff's First Set of Interrogatories | 0.90 |
| Wed Aug 21, 2002 | Elizabeth Piner | Draft, Revise Document Discov | 0.40 |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
|  | 2 | Draft,Revise Document Discovery; Plaintiff's First Request for Production of Documents. |  |
| Wed Aug 21, 2002 | Angelo Spenillo |  | 0.70 |
|  | 1 | Draft,Revise Document Discovery: Revise Interrogatories and Request for Production of Documents; Billable Work: Preparation and filing of Disclosure of Corporate Interest form |  |
| Thu Aug 22, 2002 | Philip Zipin | Telephone Conversation for Cli | 0.40 |
|  | 6 | Telephone Conversation for Client with Inspector Krebs re certified payrolls and other documents re CCDC job |  |
| Mon Aug 26, 2002 | Philip Zipin |  | 0.30 |
|  | 6 | Internal Communication Re Fact Investigation: conf w/law clerk re factual discovery and review of records at DLLR |  |
| Thu Aug 29, 2002 | Angelo Spenillo |  | 2.30 |
|  | 1 | Ouside Communication Re Fact Investigation: Meet w/ Charles Krebs at the MD Department of Labor and Licensing in Baltimore, MD and review and analyze timesheets |  |
| Fri Aug 30, 2002 | Philip Zipin | Telephone Conversation for Cli | 0.20 |
|  | 6 | Telephone Conversation for Client with registered agent for Defendant |  |
| Fri Aug 30, 2002 | Angelo Spenillo |  | 2.10 |
|  | 1 | Reviewing Certified Payrolls with Hebb's pay stubs; Factual Investigation: Find bonding information re: the project |  |
| Tue Sep 3, 2002 | Philip Zipin |  | 0.20 |
|  | 6 | Telephone conference with client |  |
| Wed Sep 4, 2002 | Philip Zipin |  | 0.20 |
|  | 6 | Telephone Call Re Written Discovery; conf w/law clerk re certified payrolls and other documents from State |  |
| Wed Sep 4, 2002 | Angelo Spenillo | Research of the Law | 0.80 |
|  | 1 | Research of the Law: Westlaw research re calculation of overtime when employee works for varying rates in a week |  |
| Thu Sep 5, 2002 | Angelo Spenillo |  | 1.70 |
|  | 1 | Billable Work: Travel to MD Department of Labor and Licensing to meet w/ Charles Krebs and retrieve all relevant timesheets |  |
| Fri Sep 6, 2002 | Philip Zipin |  | 0.50 |
|  | 6 | Internal Communication Re Fact Investigation: conf w/law clerk re certified payrolls and overtime calculations; research re calculation of "regular rate" |  |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Sep 6, 2002 | Angelo Spenillo | Research of the Law | 0.90 |
|  | 1 | Research of the Law: What is the overtime rate when a person is paid mixed rates?; recalculation of overtime pay for two weeks in which Hebb worked overtime |  |
| Mon Sep 9, 2002 | Philip Zipin | Review and Analysis | 1.90 |
|  | 6 | Review and Analysis of payroll records with law clerk and client; review file |  |
| Mon Sep 9, 2002 | Angelo Spenillo |  | 1.70 |
|  | 1 | Meeting w/ Hebb and Phil to discuss timesheets obtained from the DLLR |  |
| Mon Sep 16, 2002 | Angelo Spenillo |  | 1.70 |
|  | 1 | Billable Work: Re-calculate wage and overtime claim w/ new information from client and the certified pay records |  |
| Tue Sep 17, 2002 | Angelo Spenillo |  | 1.70 |
|  | 1 | Billable Work: Re-calculate wage and overtime claim w/ new information from client and the certified pay records |  |
| Fri Sep 27, 2002 | Angelo Spenillo |  | 2.60 |
|  | 1 | Billable Work: Update spreadsheet w/ manual calculation of damages; Call client to discuss status of case; Call ESQ re: service of Summons and Complaint; draft memo to Phil re: status of the case |  |
| Thu Oct 3, 2002 | Philip Zipin |  | 0.80 |
|  | 6 | Outside Communication Re Pleadings: review Order from Court re Motion for Default; prepare Motion for Default and accompanying Order; t/conf w/process server re service of Complaint and Summons and Affidavit of Service |  |
| Thu Oct 3, 2002 | Kara Saunders |  | 0.20 |
|  | 3 | mailing copy of Order to client |  |
| Thu Oct 3, 2002 | Kara Saunders |  | 0.40 |
|  | 3 | preparing Plaintiff's Motion for Enrty of Order of Default to go to court. |  |
| Mon Oct 7, 2002 | Philip Zipin | Telephone Conversation with C | 0.20 |
|  | 6 | Telephone Conversation with Client re Motion for Default |  |
| Thu Oct 17, 2002 | Kara Saunders |  | 0.20 |
|  | 3 | Mailing letter from Catherine C. Blake to Mr. Hebb. |  |
| Thu Oct 24, 2002 | Philip Zipin | Draft, Revise Procedural Motior | 1.60 |
|  | 6 | Draft, Revise Procedural Motion: review file; prepare Motion for Judgment By Default and proposed Order |  |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Oct 25, 2002 | Philip Zipin | Draft,Revise Pleadings | 0.90 |
|  | 6 | Draft,Revise Pleadings: draft Motion for Default Judgment, Affidavit of Billy-jo Hebb |  |
| Fri Oct 25, 2002 | Angelo Spenillo |  | 1.20 |
|  | 1 | Billable Work: Review and analyze Hebb spreadsheets and decide how best to organize them for submission to Court as attachment to Plaintiff's Motion for Default |  |
| Mon Oct 28, 2002 | Philip Zipin |  | 1.60 |
|  | 6 | Attend Meeting with client and law clerk to discuss final judgment calculations and amount; t/conf w/client; review, revise and edit damages spreadsheets; conf w/law clerk re same |  |
| Mon Oct 28, 2002 | Angelo Spenillo | Draft,Revise Pleadings | 5.70 |
|  | 1 | Billable Work: Edit timesheets in preparation for filing as an exhibit in the Plaintiff's Motion for Default Judgment; Draft,Revise Pleadings: Plaintiff's Motion for Default Judgment and Billy-jo Hebb's Affidavit |  |
| Tue Oct 29, 2002 | Philip Zipin | Review and Analysis | 1.40 |
|  | 6 | Review and Analysis of final spreadsheets supporting default judgment; revise and finalize and file Motion for Default Judgment and proposed Order |  |
| Fri Nov 1, 2002 | Philip Zipin | Telephone Conversation for Cli | 0.30 |
|  | 6 | Telephone Conversation for Client with Mr. Gordon, Comptroller of Defendant |  |
| Tue Nov 19, 2002 | Philip Zipin | Review and Analysis | 0.20 |
|  | 6 | Review and Analysis of Judgment of Default rec'd from Court |  |
| Thu Nov 21, 2002 | Julie Martin | Plan, Review, Analyze Post-Tri | 0.30 |
|  | 9 | Plan, Review, Analyze Post-Trial Motion: review Waechter fee petition for use in drafting instant fee petition. |  |
| Thu Nov 21, 2002 | Julie Martin | Telephone Conversation with C | 0.20 |
|  | 9 | Telephone Conversation with Client: Telephone call to Billly-jo Hebb: Left message to please call. |  |
| Thu Nov 21, 2002 | Julie Martin | Internal Communication Re Pos | 0.20 |
|  | 9 | Internal Communication Re Post-Trial Motion: firm meeting with Phil to discuss preparing attorney's fees petition. |  |
| Thu Nov 21, 2002 | Philip Zipin | Internal Communication Re Billi | 0.20 |
|  | 6 | Internal Communication Re Billing: conf w/associate re preparation of Fee Petition |  |

All Time for File                                                                                                                Hebb,Billy-Jo - Employment

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Nov 22, 2002 | Julie Martin 9 | Telephone Conversation with C<br>Telephone Conversation with Client Telephone call to Billy-jo Hebb: Spoke with client regarding default judgment, attorney fee petition. | 0.20 |
| Fri Nov 22, 2002 | Philip Zipin 6 | Internal Communication Re Billi<br>Internal Communication Re Billing: t/conf w/client re status of judgment and fee petition | 0.30 |
| Mon Nov 25, 2002 | Julie Martin 9 | Draft, Revise Post-Trial Motion<br>Draft, Revise Post-Trial Motion: Petition for Attorneys Fees, Affidavit of Phil Zipin. | 1.90 |
| Tue Nov 26, 2002 | Julie Martin 9 | Plan, Review, Analyze Post-Tri<br>Plan, Review, Analyze Post-Trial Motion: review and categorize timeslips, eliminate duplicates, prepare spreadsheets with edited slips and rates, run subtotals for Petition for Attorneys Fees. | 1.90 |
| Tue Nov 26, 2002 | Julie Martin 9 | Legal Research Re Post-Trial M<br>Legal Research Re Post-Trial Motion: research Appendix B of District of Maryland Rules regarding current rates, task categories for Petition for Attorneys Fees. | 0.20 |
| Wed Nov 27, 2002 | Julie Martin 9 | Draft, Revise Post-Trial Motion<br>Draft, Revise Post-Trial Motion: revise Petition for Attorney's Fees and Affidavit of Phil Zipin in accordance with Phil's edits, and finalize for filing. | 1.00 |
| Wed Nov 27, 2002 | Julie Martin 9 | Draft, Revise Post-Trial Motion<br>Draft, Revise Post-Trial Motion: include November timeslips in Petition for Attorneys Fees; create final draft for Phil's review | 0.50 |
| Wed Nov 27, 2002 | Philip Zipin 6 | Billing<br>Billing: review, revise and edit Fee Petition; conf w/associate re same | 0.80 |
| Thu Jan 2, 2003 | Philip Zipin 6 | Telephone Conversation for Cli<br>Telephone Conversation for Client with Jon Nash representing Defendant re settlement | 0.30 |
| Fri Jan 3, 2003 | Philip Zipin 6 | Legal Research Re Post-Trial M<br>Legal Research Re Post-Trial Motion: review file re enforcement activities; t/confs w/client, Judge Blake's Chambers; review Order from Judge Blake re attorney's fees | 0.70 |
| Wed Jan 8, 2003 | Julie Martin 9 | Telephone Conversation for Cli<br>Telephone Conversation for Client: Telephone call to Ms. Kelly, US District Court for MD: Left message to please call regarding enforcement of judgment obtained in federal court. | 0.10 |

*All Time for File*                                                                                   *Hebb,Billy-Jo - Employment*

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Jan 10, 2003 | Julie Martin | Telephone Conversation for Cli | 0.10 |
|  | 9 | Telephone call from Ginger Gank: She spoke with client, and he added some items of personal property to the list. |  |
| Fri Jan 10, 2003 | Julie Martin | Telephone Conversation for Cli | 0.10 |
|  | 9 | Telephone Conversation for Client: Telephone call to Ginger Genk: Spoke with Ms. Genk regarding personal property of Mechanical & Electrical Contractors, Inc. |  |
| Fri Jan 10, 2003 | Julie Martin | Telephone Conversation for Cli | 0.20 |
|  | 9 | Telephone call to Kathy Bowman, Admin Supervisor, US Marshals regarding 285 form (Process Receipt and Return) and service fees. |  |
| Fri Jan 10, 2003 | Julie Martin | Draft, Revise Post-Trial Motion | 5.50 |
|  | 9 | Draft, Revise Post-Trial Motion: review packet regarding enforcement of judgment from Clerk, U.S. District Court for the District of Maryland; get U.S. Marshal's 285 form; draft Request of Plaintiff for Writ of Execution, Writ of Execution, Instructions to the U.S. Marshal, U.S. Marshal's 285 form (Process Receipt and Return); prepare all for service and filing. |  |
| Tue Jan 14, 2003 | Julie Martin | Telephone Conversation for Cli | 0.10 |
|  | 9 | Telephone Conversation for Client: Telephone call to Ginger Genk: Spoke with client's fiancee regarding strange phone call today from Dave Pearson trying to reach client. |  |
| Tue Jan 14, 2003 | Julie Martin | Telephone Conversation for Cli | 0.10 |
|  | 9 | Telephone Conversation for Client: Telephone call to Clerk, US District Ct of MD: Spoke with Ms. Gibbon regarding she delivered paperwork for service of Writ of Execution to U.S. Marshal yesterday. |  |
| Mon Jan 20, 2003 | Neil Lebowitz | Outside Communication Re Sel | 0.20 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with P. Zipin re resolution of case |  |
| Tue Jan 21, 2003 | Neil Lebowitz | Outside Communication Re Sel | 0.60 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC from Dave Pankey, counsel for a creditor of defendant re settlement; TC with P. Zipin re same |  |
| Wed Jan 22, 2003 | Neil Lebowitz | Outside Communication Re Sel | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with atty. Dave Pankey re settlement |  |
| ~~Mon Jan 27, 2003~~ | ~~Neil Lebowitz~~ | ~~Internal Communication Re Set~~ | ~~0.60~~ |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| | 7 | Internal Communication Re Settlement/Non-Binding ADR; conf. with P. Zipin re settlement of case; TC with P. Zipin and Dave Pankey re same | |
| Mon Jan 27, 2003 | Philip Zipin | Telephone Conversation for Cli | 0.60 |
| | 6 | Telephone Conversation for Client with Dave Pankey of Charter Oak (secured party) re settlement of case; review letter from Judge Blake | |
| Tue Jan 28, 2003 | Philip Zipin | Telephone Conversation with C | 0.40 |
| | 6 | Telephone Conversation with Client re status of settlement discussions | |
| Wed Jan 29, 2003 | Julie Martin | Legal Research For Procedural | 0.90 |
| | 9 | Legal Research For Procedural Motion: research whether failure to obtain counsel constitutes excusable neglect requiring relief from default judgment. | |
| Wed Jan 29, 2003 | Julie Martin | Plan, Analyze Procedural Motio | 0.40 |
| | 9 | Plan, Analyze Procedural Motion: review Defendant's Motion for Relief From Default Judgment. | |
| Wed Jan 29, 2003 | Julie Martin | Outside Communication Re Pro | 0.30 |
| | 9 | Outside Communication Re Procedural Motion: draft cover letter for U.S. Marshal's regarding court-ordered stay of enforcement of Writ of Execution and prepare for mailing. | |
| Thu Jan 30, 2003 | Julie Martin | Legal Research For Procedural | 1.20 |
| | 9 | Legal Research For Procedural Motion: research whether failure to obtain counsel constitutes excusable neglect requiring relief from default judgment. | |
| Thu Feb 13, 2003 | Philip Zipin | Telephone Conversation for Cli | 0.30 |
| | 6 | Telephone Conversation for Client with Russ Gardner, attorney for MEC | |
| Thu Feb 27, 2003 | Neil Lebowitz | Internal Communication Re Set | 0.60 |
| | 7 | Internal Communication Re Settlement/Non-Binding ADR; conf. with P. Zipin re facts of case and prep for my handling of upcoming settlement conf.; leave voicemail for client re same | |
| Thu Feb 27, 2003 | Philip Zipin | Prepare For Review, Analyze Se | 0.90 |
| | 6 | Prepare For Review, Analyze Settlement/Non-Binding ADR: review letter from Magistrate Gauvey re settlement conference; conf w/Neil Lebowitz re same; draft letter to Magistrate Gauvey | |
| Fri Feb 28, 2003 | Neil Lebowitz | Internal Communication Re Set | 0.30 |
| | 7 | Internal Communication Re Settlement/Non-Binding ADR; conf. with P. Zipin re settlement value of case; TC with P. Zipin and client re same | |

All Time for File                                                                                       Hebb, Billy-Jo - Employment

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Feb 28, 2003 | Philip Zipin | Draft, Revise Post-Trial Motion | 4.30 |
| | 6 | Draft, Revise Post-Trial Motion: draft letter to Magistrate Gauvey; review file and legal research re Rule 60(b) motions; ltr to Mr. Gardner re settlement offer | |
| Tue Mar 11, 2003 | Neil Lebowitz | Prepare For Review, Analyze Se | 2.20 |
| | 7 | Prepare For Review, Analyze Settlement/Non-Binding ADR; review and analyze file and law in prep for settlement conference | |
| Tue Mar 11, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.50 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with client re settlement issues | |
| Tue Mar 11, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC from opposing counsel re settlement | |
| Wed Mar 12, 2003 | Neil Lebowitz | Attend, Appear Settlement/Non | 8.40 |
| | 7 | Attend, Appear Settlement/Non-Binding ADR; travel to and from and represent client at settlement conference | |
| Wed Mar 12, 2003 | Neil Lebowitz | Prepare For Review, Analyze Se | 0.60 |
| | 7 | Prepare For Review, Analyze Settlement/Non-Binding ADR; complete prep for settlement conf. | |
| Thu Mar 13, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.30 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with P. Zipin (in his car) re strategies to settle case | |
| Thu Mar 13, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.20 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with client re settlement | |
| Mon Mar 17, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.30 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC from Mr. Buckler and Mr. Pankey re settlement; brief conf. with P. Zipin re same | |
| Mon Mar 17, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC to Dave Pankey re settlement (left message) | |
| Wed Mar 19, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with P. Zipin re strategizing settlement | |
| Wed Mar 19, 2003 | Neil Lebowitz | Telephone Conversation with C | 0.30 |

All Time for File                                                                                                           Hebb,Billy-Jo - Employment

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
|  | 7 | Telephone Conversation with Client; TC with client re settlement issues |  |
| Wed Mar 19, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with opposing counsel re settlement offer |  |
| Wed Mar 19, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.60 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with Mr. Pankey re settlement issues |  |
| Wed Mar 19, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; review voicemail from client re status of settlement talks |  |
| Thu Mar 20, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.20 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; review copy of suit against defendant by creditor, Charter Oaks Financial |  |
| Thu Mar 20, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with client re our settlement demand and strategy in case |  |
| Thu Mar 20, 2003 | Neil Lebowitz | Outside Communication Re Set | 1.50 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; prepare letter proposing new settlement demand |  |
| Mon Mar 24, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; review letters from opposing counsel re defendant's rejection of our latest offer |  |
| Tue Mar 25, 2003 | Neil Lebowitz | Prepare For Review,Analyze Se | 0.20 |
|  | 7 | Prepare For Review,Analyze Settlement/Non-Binding ADR; review file in prep for settlement telephone conference tomorrow with Judge Gauvey |  |
| Tue Mar 25, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with client re defendant's rejection of settlement demand and tomorrow's settlement telephone conf. with Judge Gauvey |  |
| Wed Mar 26, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.40 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; continue settlement talks with opposing counsel |  |
| Wed Mar 26, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; review proposed confidentiality order for use in settlement talks |  |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Wed Mar 26, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; review letter from opposing counsel re settlement | 0.10 |
| Wed Mar 26, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; several TC's with Judge Gauvey, client, and opposing counsel in effort to resolve case; prepare letter to opposing counsel re settlement; strategize with P. Zipin on ways to settle case | 3.00 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Internal Communication Re Set; Internal Communication Re Settlement/Non-Binding ADR; strategize about ways to settle case | 0.50 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; additional TC's with opposing counsel and Judge Gauvey re settlement | 0.50 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; review voicemail from oppposing counsel re settlement | 0.10 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; TC with opposing counsel re settlement | 0.20 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Prepare For Review, Analyze Se; Prepare For Review, Analyze Settlement/Non-Binding ADR; formulate new set of proposals to settle case | 0.60 |
| Thu Mar 27, 2003 | Neil Lebowitz 7 | Telephone Conversation with C; Telephone Conversation with Client; TC from client re settlement issues | 0.20 |
| Tue Apr 1, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; return call of client's fiance re status of settlement talks | 0.10 |
| Wed Apr 2, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; TC with client re status of settlement talks | 0.40 |
| Wed Apr 2, 2003 | Neil Lebowitz 7 | Outside Communication Re Set; Outside Communication Re Settlement/Non-Binding ADR; TC to opposing counsel (left substantive message) | 0.10 |
| Thu Apr 3, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC with client re new settlement conference | |
| Tue Apr 15, 2003 | Philip Zipin | Attend, Appear Settlement/Non | 3.00 |
| | 6 | Attend, Appear Settlement/Non-Binding ADR conference with Magistrate Gauvey | |
| Mon May 19, 2003 | Neil Lebowitz | Review and Analysis | 0.10 |
| | 7 | Review and Analysis; review letter to opposing counsel re settlement drafted by receptionist | |
| Mon May 19, 2003 | Kara Saunders | | 0.40 |
| | 3 | Drafted letter to Attorney Gardner concerning payment to Mr. Hebb | |
| Tue May 20, 2003 | Kara Saunders | | 0.20 |
| | 3 | Finalizing letter to Attorney Gardner | |
| Thu May 29, 2003 | Neil Lebowitz | Outside Communication Re Pro | 0.10 |
| | 7 | Outside Communication Re Procedural Motion; preprare letter to Judge Gauvey re out motion to reopen case | |
| Thu May 29, 2003 | Neil Lebowitz | Draft, Revise Procedural Motior | 3.50 |
| | 7 | Draft, Revise Procedural Motion; conduct research for and prepare motion to reopen case and enforce settlement agreement | |
| Thu May 29, 2003 | Neil Lebowitz | Telephone Conversation with C | 0.10 |
| | 7 | Telephone Conversation with Client; TC with client re status of case | |
| Thu May 29, 2003 | Philip Zipin | Internal Communication Re Pos | 0.60 |
| | 6 | Internal Communication Re Post-Trial Motion; t/conf w/client re enforcement of settlement agreement; conf w/Neil Lebowitz re filing of motion to reopen case and enforce settlement | |
| Mon Jun 16, 2003 | Neil Lebowitz | Telephone Conversation with C | 0.10 |
| | 7 | Telephone Conversation with Client; TC from client re status of case | |
| Fri Jun 20, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.10 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC from Judge Gauvey's chambers re settlement TC | |
| Mon Jun 23, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.90 |
| | 7 | Outside Communication Re Settlement/Non-Binding ADR; two TC's with client re settlement status; review file in prep for settlement TC with Judge Guavey; attend TC with Judge Gauvey | |

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Fri Jun 27, 2003 | Neil Lebowitz | Outside Communication Re Set | 0.30 |
|  | 7 | Outside Communication Re Settlement/Non-Binding ADR; TC from client re status of case; TC to Dave Pankey re whereabouts of Defendant; TC with P. Zipin re same |  |
| Wed Jul 2, 2003 | Neil Lebowitz | Outside Communication Re Prc | 0.20 |
|  | 7 | Outside Communication Re Procedural Motion; return call from Court re our motion to reopen case |  |
| Thu Jul 3, 2003 | Neil Lebowitz | Plan, Analyze Procedural Motio | 0.10 |
|  | 7 | Plan, Analyze Procedural Motion; review court order granting our motion to reinstate judgment |  |
| Fri Jul 11, 2003 | Neil Lebowitz | Telephone Conversation with C | 0.40 |
|  | 7 | Telephone Conversation with Client; TC from client re status of case and potential for collection on judgment |  |
| Fri Jul 18, 2003 | Neil Lebowitz | Telephone Conversation with C | 0.10 |
|  | 7 | Telephone Conversation with Client; return call from client re status of case |  |
| Mon Jul 21, 2003 | Neil Lebowitz | Draft, Revise Procedural Motior | 0.30 |
|  | 7 | Draft, Revise Procedural Motion; draft motion to extend deadline to file fee petition |  |
| Mon Jul 21, 2003 | Neil Lebowitz | Outside Communication Re Prc | 0.10 |
|  | 7 | Outside Communication Re Procedural Motion; 2 more TC's to opposing counsel (left VM) re consent to motion to extend deadline to file fee petition |  |
| Mon Jul 21, 2003 | Neil Lebowitz | Outside Communication Re Prc | 0.10 |
|  | 7 | Outside Communication Re Procedural Motion; review substantive VM from Judge's chambers re our petition for fees |  |
| Mon Jul 21, 2003 | Neil Lebowitz | Billing | 0.80 |
|  | 7 | Billing; begin preparing fee petition; TC with Judge's chambers re same; VM to opposing counsel re same |  |
| Wed Jul 23, 2003 | Neil Lebowitz | Draft, Revise Procedural Motior | 0.30 |
|  | 7 | Draft, Revise Procedural Motion; TC with opposing counsel re consent to motion to extend fee petition deadline; revise same |  |
| Thu Jul 24, 2003 | Neil Lebowitz | Factual Investigation B300 Codes | 0.20 |
|  | 7 | Factual Investigation; review docket from other case pending against Defendant |  |
| Thu Jul 24, 2003 | Neil Lebowitz | Outside Communication Re Prc | 0.10 |
|  | 7 | Outside Communication Re Procedural Motion; review order granting our motion to petition for fees |  |

*All Time for File*                                                              *Hebb, Billy-Jo - Employment*

| Date | Timekeeper & User Number | Activity & Description | Time (hours) |
|---|---|---|---|
| Wed Jul 30, 2003 | Neil Lebowitz 7 | Draft, Revise Procedural Motion; prepare second petition for attorney's fees, affidavit of P. Zipin, and review and calculate attorney's fees and costs since Jan. 3, 2003. | 2.80 |

**Total Time:**  ~~122.80~~

Totals since Jan. 3, 2003:
1) Philip B. Zipin: 10.8 hours at $275/hr = $2,970.00
2) Neil R. Lebowitz: 34.1 hours at $225/hr = $7,672.50
3) Julie Glass Martin: 9 hours at $225/hr = $2,025.00

$12,667.50 (grand total)

# Zipin, Melehy & Driscoll LLC

8403 Colesville Road
Suite 610
Silver Spring, MD 20910-6331

Ph:(301) 587-6364       Fax:(301) 587-6308

Billy-Jo Hebb                                          July 30, 2003
17934 Clubhouse Drive
Hagerstown, MD                          File #:        02-489
21740                                   Inv #:         Settle

**Attention:**

**RE:**    Employment

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Jan-10-03 | Filing Fee s -- Phil Zipin | 90.00 |
| Jan-21-03 | Delivery Services/Messengers -- Phil Zipin | 8.24 |
| Jan-31-03 | WestLaw Photocopy Expense -- January 2003 | 3.30 |
|  | Photocopies January 2003 | 6.15 |
|  | Postage -- January 2003 | 2.22 |
| Mar-01-03 | Postage Expense -- February 2003 | 1.34 |
| Mar-12-03 | Delivery Services/Messengers -- Phil Zipin Delivery | 11.70 |
| Mar-13-03 | Parking -- Phil Zipin | 15.00 |
|  | Travel -- Phil Zipin | 9.52 |
| Mar-31-03 | Postage Expense -- March 2003 | 1.11 |
| Apr-03-03 | Photocopy Expense -- February and March 2003 | 1.35 |
| Apr-18-03 | Postage | 0.37 |
| May-16-03 | Travel Expenses | 10.00 |
| May-27-03 | Long Distance | 0.39 |
|  | Long Distance | 0.04 |
| May-29-03 | Photocopies | 0.30 |
| Jun-02-03 | Postage | 4.61 |
| Jun-25-03 | Photocopies | 14.25 |
| Jul-11-03 | Copying of Docket Sheet | 2.00 |
| Jul-23-03 | Postage | 0.41 |
| Jul-24-03 | Copy Expenses | 2.00 |
| Jul-25-03 | Postage | 0.74 |
| Jul-29-03 | Photocopies | 0.90 |
| | Totals | $185.94 |