IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PLAINTIFF'S MOTION TO AMEND COURT ORDER

Plaintiff Billy-Jo Hebb, by and through his attorneys, Philip B. Zipin and Neil R. Lebowitz, and pursuant to Fed. R. Civ. P. 60, hereby moves this Honorable Court to amend its July 3, 2003 Order, and, in support thereof, states as follows:

1. On July 3, 2003, this Honorable Court granted Plaintiff's "Motion to Reopen Action and Enforce Settlement Agreement, or, in the Alternative, to Strike Settlement Agreement and Reinstate Default Judgment." In its Order, the Court ruled that the "Judgment by Default issued by this Court on November 18, 2002 [is] hereby Reinstated." The Court then declared that "defendant, Mechanical and Electrical Contractors, Inc., shall pay plaintiff, Billy-Jo Hebb, the sum of $34,218.33 in damages."

2. However, careful review of the November 18, 2002 Judgment by Default reveals that Plaintiff was actually awarded $45,624.44[1] by the Court, rather than $34,218.33. Therefore, the Court's July 3, 2003 Order clearly contains inconsistent

---

[1] This figure is comprised of $11,406.11 for unpaid back wages and $34,218.33 for liquidated damages.

provisions. Specifically, while the Order reinstates the November 18, 2002 Judgment by Default without restriction, it does not reinstate the full amount awarded in damages under said Judgment.[2]

3.    Accordingly, Plaintiff asks that the Court rectify this discrepancy by amending its July 3, 2003 Order to reflect the true amount of damages awarded in the November 18, 2002 Judgment by Default, i.e., $45,624.44.

WHEREFORE, Plaintiff Billy-Jo Hebb hereby respectfully requests that this Honorable Court:

A.    Amend its July 3, 2003 Order to expressly award $11,406.11 in unpaid back wages and $34,218.33 in liquidated damages;

B.    And for all other and further relief that the nature of this cause may require.

Respectfully submitted,

_____
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin, Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
301-587-6364
Counsel for Plaintiff

---

[2] The Court's inclusion of the $34,218.33 figure in its July 3, 2003 Order presumably resulted from Plaintiff's inadvertent use of that same figure in his "Motion to Reopen Action."