# ZIPIN MELEHY & DRISCOLL LLC
### ATTORNEYS AT LAW

PHILIP B. ZIPIN*
OMAR VINCENT MELEHY*
SUVITA MELEHY*
TIMOTHY J. DRISCOLL*

ELIZABETH J. PINER†
NEIL R. LEBOWITZ
JULIE GLASS MARTIN*

8403 COLESVILLE ROAD
SUITE 610
SILVER SPRING, MARYLAND 20910

TELEPHONE (301) 587-6364
FACSIMILE (301) 587-6308

*ALSO LICENSED
IN WASHINGTON D.C.

†ALSO LICENSED
IN VIRGINIA

September 10, 2003

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

       RE:   *Hebb v. Mechanical & Electrical Contractors, Inc.*
              Civil Action No.: CCB-02-2700

Dear Judge Blake:

     Pursuant to Your Honor's request, attached hereto please find Plaintiff's proposed Amended Final Order for use in ruling upon his Motion to Amend Court Order.

     Thank you for Your Honor's attention to this matter.

                    Very truly yours,

                    Neil R. Lebowitz

cc:    Russell H. Gardner, Esquire (via electronic filing)

Attachment