IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **AMENDED FINAL ORDER**

UPON CONSIDERATION of Plaintiff's "Motion to Amend Court Order," good cause having been shown, it is this _____ day of September, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the above-captioned case is hereby reopened; and it is further,

ORDERED, that Plaintiff's Motion is hereby granted; and it is further,

ORDERED, that paragraph 4 of the Court's July 3, 2003 Order is hereby amended to read as follows: Defendant, Mechanical & Electrical Contractors, Inc., shall pay Plaintiff, Billy-Jo Hebb, the sum of $11,406.11 in compensatory damages for unpaid back wages, $34,218.33 in liquidated damages under the Maryland Wage Payment and Collection Law, and $10,702.05 in attorney's fees and costs; and it is further,

ORDERED, that Defendant shall also pay Plaintiff the sum of $12,853.44 in additional attorney's fees and costs pursuant to the Court's Order of August 22, 2003; and it is further,

ORDERED, that the Clerk shall send copies of this Order to counsel of record and to Defendant; and it is further,

ORDERED, that the Clerk shall close this case.

_____
Catherine C. Blake
United States District Judge