FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2003 SEP 16 A 10: 51

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| BILLY-JO HEBB | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED FINAL ORDER

UPON CONSIDERATION of Plaintiff's "Motion to Amend Court Order," good cause having been shown, it is this 16th day of September, 2003, by the United States District Court for the District of Maryland,

ORDERED, that the above-captioned case is hereby reopened; and it is further,

ORDERED, that Plaintiff's Motion is hereby granted; and it is further,

ORDERED, that paragraph 4 of the Court's July 3, 2003 Order is hereby amended to read as follows: Defendant, Mechanical & Electrical Contractors, Inc., shall pay Plaintiff, Billy-Jo Hebb, the sum of $11,406. in compensatory damages for unpaid back wages, $34,218.33 in liquidated damages under the Maryland Wage Payment and Collection Law, and $10,702.05 in attorney's fees and costs; and it is further,

ORDERED, that Defendant shall also pay Plaintiff the sum of $12,853.44 in additional attorney's fees and costs pursuant to the Court's Order of August 22, 2003; and it is further,

ORDERED, that the Clerk shall send copies of this Order to counsel of record and to Defendant; and it is further,

ORDERED, that the Clerk shall close this case.

                                                                    /s/
                                    Catherine C. Blake
                                    United States District Judge