IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILLY-JO HEBB                               *        SEP 2 6 2003

    Plaintiff/Judgment Creditor   *                              COURT
                                                                                                                LAND
                                                                                                            DEPUTY
                                                    *        Civil Action No.: CCB-02-2700

MECHANICAL & ELECTRICAL            *
CONTRACTORS, INC.
                                                  *

    Defendant/Judgment Debtor
                                                  *

*   *   *   *   *   *   *   *   *   *   *   *                                                    *

**PLAINTIFF'S REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

**CLERK:**

    A final judgment has been entered in the above-captioned action. *See* Court Orders dated November 18, 2002, January 3, 2003, July 3, 2003, August 22, 2003, and September 16, 2003.

    No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

    Please issue a Writ of Execution for:

        Mechanical & Electrical Contractors, Inc.
        3407 B Eastern Boulevard
        Baltimore, Maryland 21220

    Amount presently due and owing:    $69,658.95

| | | |
|---|---|---|
| | $45,624.44 | judgment entered on November 18, 2002 (see also Court Orders issued on July 3, 2003, August 22, 2003, and September 16, 2003) |
| | $479.02 | post-judgment interest to date |
| | $23,555.49 | attorney's fees and costs awarded by Court |

    $69,658.95   **TOTAL OWED**

Respectfully submitted,

__9/23/03__
Date

_/s/ Neil Lebowitz_
Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364
Attorneys for Plaintiff/Judgment Creditor

2