IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO. CCB-02-CV2700

| | |
|---|---|
| **WRIT OF** | **AMOUNT OF JUDGMENT OWED:** |
| **EXECUTION** | $45,624.44  judgment |
| | $479.02  post-judgment interest |
| | $23,555.49  attorney's fees and costs |
| | $69,658.95  TOTAL |

**THE PRESIDENT OF THE UNITED STATES TO**
**THE MARSHAL OF THE DISTRICT OF MARYLAND,**
**GREETINGS:**

You are hereby directed to levy upon the property of the Judgment Debtor, Mechanical & Electrical Contractors, Inc., to satisfy a money judgment in accordance with the attached instructions.

**TO THE JUDGMENT DEBTOR:**

You are hereby notified that Federal and State exemptions may be available to you. You may file in the Office of the Clerk of this Court, within 30 days after a levy, a motion electing to exempt from execution of the judgment selected items of property or case not exceeding in amount the cumulative value permitted by law. Md. Rule 2-643(d). Those selected items of property may include real estate, personal, household, and miscellaneous possessions. You also have a right to file a motion for release of some or all of the property specified in the U.S. Marshal schedule from the levy. Md. Rule 2-643(c). All motions should be filed with the Clerk, U.S. District Court for the District of Maryland, 101 W. Lombard Street, Suite 4415, Baltimore, Maryland 21201, or 6500 Cherrywood Lane, Suite 240, Greenbelt, Maryland 20770, and must state a basis upon which the release of attached property is sought. If a hearing is desired, it should be requested in the motion.

Witness the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: _9/26/03_

FELICIA C. CANNON, CLERK

_[signature]_
DEPUTY CLERK