IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO. CCB-02-CV2700

**INSTRUCTIONS TO THE U.S. MARSHAL:**

Pursuant to Maryland Rule 2-641, you are instructed as follows:

The judgment debtor's last known address is:

Mechanical & Electrical Contractors, Inc.
3407 B Eastern Boulevard
Baltimore, Maryland 21220

2. The judgment and the amount owed under the judgment are:

   $45,624.44  judgment entered on November 18, 2002 (see also Court Orders issued on July 3, 2003, August 22, 2003, and September 16, 2003)

   $479.02  post-judgment interest to date

   $23,555.49  attorney's fees and costs awarded by Court

   _____

   $69,658.95  **TOTAL OWED**

3. The property to be levied upon and its location are:

   Personal property of Mechanical & Electrical Contractors, Inc., located at 3407 B Eastern Boulevard, Baltimore, Maryland 21220, including, but not limited to: vehicles, including trucks, automobiles, and vans; heavy equipment or machinery, including cranes, cherry pickers, welders, and trailers; tools, including ladders, dollies, hand trucks, hand tools, and toolboxes; electrical, plumbing, and welding supplies, including wires and pipes; office equipment, including computers, copiers, fax machines, postal scales, and phones; office furnishings, including desks, tables, chairs, shelves, filing cabinets, refrigerators, microwave ovens, and artwork; and any other valuable property that may be sold to satisfy the amount owed under the judgment.

4. The U.S. Marshal is to leave the levied property where found.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Billy-Jo Hebb | CCB-02-2700 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Mechanical & Electrical Contractors, Inc. | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Personal property of Mechanical & Electrical Contractors, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3407 B Eastern Boulevard, Baltimore, Maryland 21220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Philip B. Zipin, Esquire
Zipin Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

LEVY AND LEAVE

If you need further information, you may contact Philip B Zipin or Neil R. Lebowitz, attorneys for Plaintiff.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 301-587-6364
DATE: 9/23/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | No. | No. | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date    Time    [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00