IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILLY-JO HEBB

    Plaintiff/Judgment Creditor

v.   *   Civil Action No.: CCB-02-2700

MECHANICAL & ELECTRICAL
CONTRACTORS, INC.

    Defendant/Judgment Debtor

\* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REQUEST FOR ISSUANCE OF WRIT OF ENTRY

CLERK:

A final judgment has been entered in the above-captioned action. *See* Court Orders dated November 18, 2002, January 3, 2003, July 3, 2003, August 22, 2003, and September 16, 2003.

No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

Further, a Writ of Execution has already been entered by the Clerk and forwarded to the Marshal for property of Defendant located at:

    3407 B Eastern Boulevard
    Baltimore, Maryland 21220

Amount presently due and owing:   $69,658.95

| | |
|---|---|
| $45,624.44 | judgment entered on November 18, 2002 (see also Court Orders issued on July 3, 2003, August 22, 2003, and September 16, 2003) |
| $479.02 | post-judgment interest to date |
| $23,555.49 | attorney's fees and costs awarded by Court |

$69,658.95   TOTAL OWED

WHEREFORE, Plaintiff/Judgment Creditor hereby request the issuance of a Writ of Entry to effectuate the terms of the Writ of Execution.

Respectfully submitted,

__12/2/03__
Date

*/s/ Neil Lebowitz*

Philip B. Zipin, Bar No.: 03932
Neil R. Lebowitz, Bar No.: 25155
Zipin Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
(301) 587-6364
Attorneys for Plaintiff/Judgment Creditor