IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED 2003 DEC -3 P 3: 31

CASE NO. CCB-02-CV2700

**WRIT OF**
**ENTRY**

**AMOUNT OF JUDGMENT OWED:**

$45,624.44   judgment
  $479.02   post-judgment interest
$23,555.49   attorney's fees and costs
$69,658.95   **TOTAL**

**THE PRESIDENT OF THE UNITED STATES TO**
**THE MARSHAL OF THE DISTRICT OF MARYLAND,**
**GREETINGS:**

You are hereby permitted to enter the premises of Defendant/Judgment Debtor, Mechanical & Electrical Contractors, Inc., 3407 B Eastern Boulevard, Baltimore, Maryland 21220, for the purpose of effectuating the Writ of Execution issued in the above-referenced case by levying upon the property of Defendant/Judgment Debtor in accordance with the instructions attached to the Writ of Execution.

Witness the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: 12/3/03

FELICIA C. CANNON, CLERK

_____
DEPUTY CLERK