U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Billy-Jo Hebb | CCB-02-2700 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mechanical & Electrical Contractors, Inc. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Personal property of Mechanical & Electrical Contractors, Inc.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3407 B Eastern Boulevard, Baltimore, Maryland 21220

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Philip B. Zipin, Esquire
Zipin Melehy & Driscoll LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

LEVY AND LEAVE

If you need further information, you may contact Philip B. Zipin or Neil R. Lebowitz, attorneys for Plaintiff.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 301-587-6364
DATE: 9/23/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 37
District to Serve No. 37
Date: 9/26/03

REMARKS: Returned unexecuted - Cancelled by attorney's $90.00 deposit returned to attorney's 12/15/03

FORM USM-285
Rev. 12/15/80
Automated 01/00