IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILLY-JO HEBB                              *

    Plaintiff/Judgment Creditor    *

v.                                         *    Civil Action No.: CCB-02-2700

MECHANICAL & ELECTRICAL                    *
CONTRACTORS, INC.
                                                 *

    Defendant/Judgment Debtor
                                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S REQUEST FOR ISSUANCE OF WRIT OF GARNISHMENT OF PROPERTY

CLERK:

    A final judgment has been entered in the above-captioned action. *See* Court Orders dated November 18, 2002, January 3, 2003, July 3, 2003, August 22, 2003, and September 16, 2003.

    No supersedeas bond has been posted nor is there in effect at this time any stay of execution of or proceedings to enforce the judgment.

    Please issue a Writ of Garnishment of Property to:

    Mechanical & Electrical Contractors, Inc.
    3407 B Eastern Boulevard
    Baltimore, Maryland 21220

    Amount presently due and owing:    $69,658.95

| | |
|---|---|
| $45,624.44 | judgment entered on November 18, 2002 (see also Court Orders issued on July 3, 2003, August 22, 2003, and September 16, 2003) |
| $479.02 | post-judgment interest to date |
| $23,555.49 | attorney's fees and costs awarded by Court |

**$69,658.95**    **TOTAL OWED**

                                              Respectfully submitted,

_2/20/04_                                           _/s/ Neil Lebowitz_
Date                                                Philip B. Zipin, Bar No.: 03932
                                                      Neil R. Lebowitz, Bar No.: 25155
                                                      Zipin Melehy & Driscoll LLC
                                                      8403 Colesville Road, Suite 610
                                                      Silver Spring, Maryland 20910
                                                      (301) 587-6364
                                                      Attorneys for Plaintiff/Judgment Creditor