IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BILLY JO HEBB | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. CCB-02-2700 |
| MECHANICAL & ELECTRICAL CONTRACTORS INC. | * |
| | * |
| Defendant | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GARNISHEE'S PLEA OF NULLA BONA

NOW comes Bank of America, N.A., Garnishee, by its Attorney, and for a plea says:

That at the time of laying said attachment in its hands, it had not nor at any time since has it had, nor does it now have any of the goods, chattels, credits or assets of the Defendant, and this the Garnishee is ready to verify; wherefore, it prays judgment.

_____
Tessa Laspia Frederick
Federal Bar #25374
Brian D. Craig
Federal Bar #25710
Miles & Stockbridge P.C.
10 Light Street, 12th Floor
Baltimore, Maryland 21202
Attorneys for Garnishee
(410) 385-3477

USPLEA2.NB

BALT01:811337v1|NB3-000000|3/10/2004

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this _____ day of _____, 2004 a copy of the Plea of Nulla Bona was mailed first class, postage prepaid to:

>Philip B. Zipin, Esquire
>Neil R. Lebowitz, Esquire
>Zipin, Melehy & Driscoll, LLC.
>8403 Colesville Road, Suite 610
>Silver Spring, Maryland 20910
>
>Attorney for the Plaintiff

 

_____
Attorney for Garnishee

BALT01:811337v1|NB3-000000|3/10/2004