

**ChesapeakeBank**
of Maryland

Administrative Services

2001 East Joppa Road
Baltimore, Maryland 21234
410-661-6700
Fax 410-665-8538

### GARNISHEE'S CONFECTION OF ASSETS

United States District Court for the District of Maryland
Suite 4415
U.S. Courthouse
101 W. Lombard St.
Baltimore, MD 21201

APR 16 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                                    DEPUTY

Case No. CCB-02-2700
Mechanical & Electrical Contractors, Inc.
Writ of Garnishment of Property

DATE: April 15, 2004

The Garnishee, CHESAPEAKE BANK OF MARYLAND, 2001 E. Joppa Rd., Baltimore, MD 21234, reports that no assets of the defendant are being held, nor are they indebted to the judgment debtor, as of the date shown above.

Sincerely,

*James L. Ercole* 4/5/04

James L. Ercole
AVP – Operations
410-665-7600, x3035


cc: Mechanical & Electrical Contractors, Inc.
    3407 B Eastern Boulevard
    Baltimore, MD 21220


