IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

MARYLAND

APR 2 7 2004

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Mechanical & Electrical Contractors, Inc.
        Judgment Debtor

Case No: CCB-02-2700

and

FIRST MARINER BANK

        Garnishee

### ANSWER OF GARNISHEE AND REQUEST FOR JUDGMENT

NOW COMES the Garnishee, First Mariner Bank, by its Deposit Operations Assistant, and, in answer to the Writ of Garnishment of Property served upon the Garnishee, denies that the Garnishee is indebted to the Judgment Debtor, Mechanical & Electrical Contractors, Inc., or holds any property of the Judgment Debtor, and requests that judgment be entered in favor of the Garnishee thereby terminating this garnishment proceeding.

_____
Teresa A. Amann
Deposit Operations Assistant
First Mariner Bank
3301 Boston Street
Baltimore, Maryland 21224
443-573-3051

Representative for Garnishee, First Mariner Bank

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2004, a copy of the Answer of Garnishee and Request for Judgment was mailed first class mail, postage prepaid to: Zipin Melehy & Driscoll, LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910, Attorney for the Judgment Creditor.

_____
Teresa A. Amann
Representative for the Garnishee