

**Citibank (West), FSB**
Restraining Order Unit
P.O. Box 997145
West Sacramento, CA 95899-7145

MAY 2 4 2004

CLERK U.S. DIST...  ...RT
DISTRICT OF MARYLAND

May 17, 2004

Office of the Clerk, U.S. District Court
Suite 4415, U.S. Courthouse
101 W Lombard Street
Baltimore, MD  21201

RE: Mechanical & Electrical Contractors, Inc
    Case No. CCB-02-2700

Dear Sir/Madam:

You have levied an execution in the above action.

A search of this institution's account records has revealed no account held by Citibank, FSB.

Very truly yours,

*Maria V. Hermosura*

Maria V. Hermosura
Restraining Order Unit
Citibank (West), FSB

Enclosure

cc: Zipin, Melehy & Driscoll, LLC

A member of citigroup

CITISMART NO ACCOUNT
NCIS NO ACCOUNT

MAY 03 2004
7/89
APPROVED MAY 04 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CASE NO. CCB-02-2700
AMOUNT OF JUDGMENT OWED:
$69,658.95

**WRIT OF GARNISHMENT OF PROPERTY**

WRIT ISSUED AS TO:
MECHANICAL & ELECTRICAL
CONTRACTORS, INC.

NOTICE TO JUDGMENT DEBTOR
AND GARNISHEE:

Federal and State Exemptions may be available to you -- see below.

TO GARNISHEE: Citibank
ADDRESS: Attn: AOM Unit
600 Pennsylvania Avenue, SE
Washington, DC 20003

You are hereby directed to hold the property of the judgment debtor named above subject to further proceedings in this Court. **YOU MUST FILE A WRITTEN ANSWER** within __30__ days after service of this Writ on you. Failure to do so may result in judgment by default being entered against you, the garnishee.

(NOTE: The answer shall admit or deny that the garnishee is indebted to the judgment debtor or has possession of property of the judgment debtor and shall specify the amount and nature of any debt and describe any property. The garnishee may assert any defense that the garnishee may have to the garnishment, as well as any defense that the judgment debtor could assert. After answering, the garnishee may pay any garnished indebtedness into court and may deliver to the U. S. Marshal any garnished property, which shall then be treated as if levied upon by the U.S. Marshal.)

**TO THE JUDGMENT DEBTOR:**

You are hereby notified that you may file in the Office of the Clerk of this Court, within 30 days after service of the Writ of Garnishment on the garnishee, a motion electing to exempt from the garnishment selected items of property or cash not exceeding a total cumulative value of $3,000. In addition, you have the right under Maryland or Federal law to claim an exemption of certain property or money including: (1) A portion of earnings (Wage Income); (2) Welfare payments; (3) Social Security Disability Benefits and Supplemental Security Income Benefits; (4) Retirement Income (Public/Private); (5) Alimony and Child Support; (6) Unemployment and Workmen's Compensation; (7)

Disability and Health Insurance payments; (8) Annuities; (9) Life Insurance; (10) Household Goods, Work Tools, etc. You also have a right to file a motion for release of the garnished property before entry of judgment (Md. Rule 2-643[c]). All motions must be filed in the Office of the Clerk, U. S. District Court, Suite 4415, U. S. Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201 or 6500 Cherrywood Lane, Suite 240, Greenbelt, Maryland 20770, and must state the basis upon which the release of garnished property is sought. If a hearing is desired, it should be requested in the motion.

WITNESS the Honorable Chief Judge of the United States District Court for the District of Maryland.

Date Issued: 2/24/04

FELICIA C. CANNON
CLERK

_(signature)_
DEPUTY CLERK

(NOTE: Promptly after service upon the garnishee, the person making service shall mail a copy of this Writ to the judgment debtor's last known address. Service of this Writ shall be made in accordance with Md. Rule 2-121.)

ADDRESS OF JUDGMENT DEBTOR:

3407 B Eastern Boulevard
Baltimore, Maryland 21220


MS. JOHNSON
Liability Specialist
100 Citibank Drive
San Antonio, TX 78245
CONFIDENTIAL